SEALED

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2005

at __ o'clock and 57 min. __ M
WALTER A. Y H CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR05-00071 DAE |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | |
| ZASHA BOTELHO, | ) | [21 U.S.C. § 846] |
| Defendant. | ) | |

INDICTMENT

Count 1

The Grand Jury charges:

From a date unknown, up through and including on or about September 17, 2004, in the District of Hawaii, and elsewhere, the Defendant, ZASHA BOTELHO, did conspire with other persons known and unknown to the Grand Jury, to knowingly and

UNSEALED BY ORDER OF THE COURT
DATE: FEB 22 2005

intentionally distribute and possess with intent to distribute 500 grams or more of a substance and mixture containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 1,329 grams, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## OVERT ACTS

In furtherance of and in order to accomplish the objects of this conspiracy, the Defendant and her co-conspirators performed overt acts in the District of Hawaii, and elsewhere, including but not limited to, the following:

1. In or around September 2004, Defendant asked another individual to accept a parcel from California in return for $1,000.

2. In or around September, 2004, Defendant caused a parcel to be sent from California containing pound quantities of methamphetamine to the individual.

3. On or about September 16, 2004, Defendant paid the individual $1,000 for having the parcel sent to the individual.

All in violation of Title 21, United States Code, Section 846.

Count 2

The Grand Jury further charges:

On or about September 16, 2004, in the District of Hawaii, the Defendant Zasha Botelho knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers and salts of its isomers, to wit, approximately 1329 grams, a Schedule II controlled substance.

All in violation of 21 U.S.C. §846.

DATED: _____FEB 17 2005_____, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
BEVERLY WEE SAMESHIMA
Assistant U.S. Attorney


UNITED STATES V. ZASHA BOTELHO
Cr. No. _____
"Indictment"

3