# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
01/03/2006 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00071JMS

**CASE NAME:** USA   vs. Zasha Botelho

**INTERPRETER:**

---

**JUDGE:** JUDGE J. MICHAEL SEABRIGHT          **REPORTER:** SHARON ROSS

**DATE:** 01/03/2006                          **TIME:**

                                              **ROOM:** AHA KAULIKE

---

**COURT ACTION:** EO

Sentencing to Count 1 of the Indictment set for 04/24/2006 03:00 PM before JMS.

Original sentencing date - 3/9/2006 at 3:00 p.m.

Notified:   Beverly Sameshima, Suzanne Terada,

US Marshals, Probation Office, Pretrial Services.


Submitted by: Dottie Miwa, Courtroom Manager

*Created: 01/03/2006 01:48:54 PM*                              Document: 49734098