ORIGINAL

ALVIN KAOHU NISHIMURA 3971
Attorney at Law
P.O. Box 4510
Kaneohe, HI 96744-8510
522-6529   522-6530 FAX

Attorney for Defendant Zasha Botelho

LODGED

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 3 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

APR 1 2 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 05-00071 JMS |
| Plaintiff, ) | |
| ) | WITHDRAWAL AND |
| VS. ) | SUBSTITUTION OF COUNSEL |
| ZASHA BOTELHO ) | |
| Defendant. ) | |

WITHDRAWAL AND SUBSTITUTION OF COUNSEL

COMES NOW, ALVIN KAOHU NISHIMURA and enters his appearance as counsel for ZASHA BOTELHO above-named. and hereby allowing Attorney Suzanne Terada to withdraw as counsel.

DATED: Honolulu, Hawaii  April 7, 2006

_____
ZASHA BOTELHO

_____
SUZANNE TERADA
Withdrawing Counsel

_____
ALVIN KAOHU NISHIMURA
Substituting Counsel

APPROVED AND SO ORDERED:

_____ APR 1 3 2006

USA v. BOTELHO    CR. No. 05-00071, Withdrawal and Substitution of Counsel