ALVIN KAOHU NISHIMURA #3971
Attorney at Law
P.O. Box 4510
Kaneohe, HI 96744-8510
Telephone:  522-6529
Fax:  522-6530

ATTORNEY FOR DEFENDANT
ZASHA BOTELHO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 1 2 2006

at __o'clock and __min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                                )<br>            Plaintiff,                                       )<br>                                                                )<br>VS.                                                            )<br>                                                                )<br>                                                                )<br>                                                                )<br>                                                                )<br>ZASHA BOTELHO,                               )<br>                                                                )<br>            Defendant.                                   )<br>_____) | CR. NO. 05-00071 JMS<br><br>NOTICE OF MOTION; MOTION TO WITHDRAW GUILTY PLEA; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF COUNSEL; EXHIBIT A; and CERTIFICATE OF SERVICE |

## NOTICE OF MOTION

TO:     BEV SAMESHIMA
          Assistant United States Attorneys
          Room 6100, PJKK Federal Building
          300 Ala Moana Boulevard, Box 50183
          Honolulu, Hawaii  96850

   PLEASE TAKE NOTICE that the foregoing Motion will be heard before the Honorable J. Michael Seabright in his Courtroom at the U.S. Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii on _____, _____ at _____ a/p.m. or as soon thereafter as counsel may be heard.
   DATED:  Honolulu, Hawai'I, April 7, 2006.

                                                                                    _____
                                                                                    ALVIN KAOHU NISHIMURA
                                                                                    ATTORNEY FOR DEFENDANT
                                                                                    ZASHA BOTLEHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| Plaintiff, | ) | MOTION TO WITHDRAW GUILTY PLEA |
| VS. | ) | |
| ZASHA BOTELHO, | ) | |
| Defendant. | ) | |

## MOTION TO WITHDRAW GUILTY PLEA

Comes now Defendant, ZASHA BOTLEHO, by and through her counsel, Alvin Kaohu Nishimura, and respectfully moves for an order allowing her to withdraw her previously entered guilty plea and to proceed to trial.

This Motion is made pursuant to Rules 32(e) and 47 of the3 Federal Rules of Penal Procedure and is based upon the files and records of this case, the attached memorandum in support of the motion, the attached declaration of counsel, and all such matters properly before the court demonstrating good cause to grant this motion.

DATED: Honolulu, Hawai'I, April 7, 2006.

_____
ALVIN KAOHU NISHIMURA
ATTORNEY FOR DEFENDANT
ZASHA BOTELHO