IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | MEMORANDUM IN SUPPORT OF |
| | ) | MOTION |
| VS. | ) | |
| | ) | |
| ZASHA BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM IN SUPPORT OF MOTION

Federal Rule of Criminal Procedure 32(e) states in pertinent part, "If a motion for withdrawal of a plea of guilty ... is made before sentence is imposed, the court may permit the plea to be withdrawn if the Defendant shows any fair and just reason."

Defendant is of the opinion that she has been misled and given inaccurate advice to induce her into changing her plea to guilty. See *Moore v. Bryant* 348 F.3d 238 (7th Cir. 2003) Defendant asserts that her prior counsel was ineffective for giving incorrect sentencing information in contemplation of her plea. See *United States v. Gaviria* 16 F. 3d 1498 (D.C. Cir), *cert denied, 522 U.S 1082 (1997)*. But for prior counsels deficient advice and performance, Defendant Botelho would not have entered her plea. See *United States v. McCoy* 215 F.3d 102

*(D.C. Cir 2000)*(see attached exhibit "A"). Therefore, the above constitutes a fair and just reason to allow Defendant to withdraw her guilty plea and to proceed to trial.

DATED: Honolulu, Hawai'I, April 7, 2006

_____
ALVIN KAOHU NISHIMURA
ATTORNEY FOR DEFENDANT
ZASHA BOTELHO