IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| VS. | ) | |
| | ) | |
| ZASHA BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF COUNSEL

I, ALVIN KAOHU NISHIMURA, hereby declare as follows:

1. On October 24, 2005, the Defendant appeared before the Honorable Judge Seabright and pled guilty, pursuant to a Memorandum of Plea Agreement with her previously appointed attorney, Suzanne Terada, esq.

2. Defendant believes that she was misled, induced and coerced into changing her plea to guilty, by her previous attorney's representations.

3. Defendant has indicated that her prior counsel informed her that her sentence for the offense was much less than what has been indicated by the presentence report. In fact, Defendant received a letter from her prior counsel setting forth the guideline range that defendant would be subjected. (see exhibit A). No where in that letter is there any mention of Defendant facing a mandatory 20 year sentence of incarceration. That her counsel's representation to her in the letter (exhibit A), mislead her and induced her to enter her plea.

4. Defendant has indicated to me that had she been fully informed by her previous counsel as to the full extent of incarceration that she was facing, she would never have entered a plea in this case.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawai'I, April 7, 2006

ALVIN KAOHU NISHIMURA
ATTORNEY FOR DEFENDANT
ZASHA BOTELHO