EXHIBIT A

*Law Offices of*
## *Suzanne T. Terada*
*American Saving Bank Tower*
*1001 Bishop Street, Suite 1510*
*Honolulu, Hawaii 96813*

———————

*Tel. No.: (808)533-0011*
*Fax. No.: (808)533-8811*

September 14, 2005

Zasha Botelho #87622-022
Federal Detention Center Honolulu
P.O. Box 30080
Honolulu, Hawaii 96820

   Re: U.S.A. vs. Botelho
     <u>Cr. No. 05-00071 DAE</u>

Dear Madam:

   Pursuant to your instructions, the two audio cassettes received from Chris Crockett, have been transmitted to Dennis Roberts.

   Also, attached is a copy of the sentencing guidelines.  Please be advised that you are at Category II or III (whichever includes the revocation of your supervised release) and the offense level for 500 plus grams of methamphetamine is 32.  The range for Category II is 11 1/4 years to 14 years.  The range for Category III is 12 1/2 years to 15 2/3 years.  You would not qualify for Dublin unless your sentence was less than 10 years.

     Very Truly Yours,

     Suzanne T. Terada

STT:pyn
Enc.