<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that upon the filing of the foregoing motion, a copy of the same was duly served by hand delivery upon:

> BEV SAMESHIMA
> Assistant United States Attorneys
> Room 6100, PJKK Federal Building
> 300 Ala Moana Boulevard, Box 50183
> Honolulu, Hawaii  96850

DATED: Honolulu, Hawaii  April 7, 2006.

_____
ALVIN KAOHU NISHIMURA
ATTORNEY FOR ZASHA BOTELHO