EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Email:   Beverly.Sameshima@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
|---|---|---|
| | ) | |
| Plaintiff, | ) | MOTION FOR ORDER FINDING |
| | ) | WAIVER OF ATTORNEY-CLIENT |
| vs. | ) | PRIVILEGE WITH RESPECT TO |
| | ) | DEFENDANT ZASHA BOTELHO'S |
| ZASHA BOTELHO, | ) | MOTION TO WITHDRAW GUILTY |
| | ) | PLEA; MEMORANDUM OF POINTS |
| Defendant. | ) | AND AUTHORITIES IN SUPPORT |
| | ) | OF MOTION; DECLARATION OF |
| | ) | COUNSEL; PROPOSED ORDER; |
| | ) | CERTIFICATE OF SERVICE |

MOTION FOR ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE
WITH RESPECT TO DEFENDANT ZASHA BOTELHO'S
MOTION TO WITHDRAW GUILTY PLEA

The United States of America, by its undersigned counsel, hereby moves this Court to issue the appended proposed Order Finding Waiver of Attorney-Client privilege with respect to Defendant Zasha Botelho's ("Botelho") Motion to Withdraw Guilty Plea filed on April 12, 2006.

This motion is based upon the attached Memorandum of Points and Authorities, Declaration of Counsel, and the record and files of this action, and the underlying criminal proceeding.

DATED:  April 18, 2006, at Honolulu, Hawaii.

          EDWARD H. KUBO, JR.
          United States Attorney
          District of Hawaii


By  /s/ Beverly Wee Sameshima
   BEVERLY WEE SAMESHIMA
   Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

>Alvin Nishimura, Esq.
>aknlaw@verizon.net
>
>Attorney for Defendant
>ZASHA BOTELHO

Served by hand-delivery:

>Malia Eversole
>Senior U.S. Probation Officer
>300 Ala Moana Blvd.
>Box 50111, Room C-110
>Honolulu, HI  96850

DATED:  April 18, 2006, at Honolulu, Hawaii.

>/s/ Dawn M. Aihara