IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| vs. | ) | |
| | ) | |
| ZASHA BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |

DECLARATION OF COUNSEL

I, BEVERLY WEE SAMESHIMA, upon penalty of perjury, declares and states as follows:

1. I am an Assistant U.S. Attorney in the District of Hawaii and counsel of record representing the United States in the above-entitled criminal case. I make this Declaration of my own personal knowledge.

2. On April 12, 2006, Defendant Botelho retained substitute counsel and filed a motion to withdraw guilty plea on the grounds that her former counsel, Suzanne Terada, misled and coerced her into entering a guilty plea by giving her erroneous information regarding her possible sentencing guidelines.

3. On April 17, 2006, I spoke to Ms. Terada to advise her of the motion that had been filed and the basis therefor. I told her that a copy would be sent to her. I asked whether she would discuss the allegations contained in the motion and supporting memorandum. I told Ms. Terada that I would file a motion with the Court for an order deeming the attorney-client

privilege waived so that Ms. Terada could freely discuss the matter with me and testify at the hearing on the motion.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: April 18, 2006, at Honolulu, Hawaii.

                                                    /s/ Beverly Wee Sameshima
                                                    BEVERLY WEE SAMESHIMA