IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | ORDER FINDING WAIVER OF |
| | ) | ATTORNEY-CLIENT PRIVILEGE |
| vs. | ) | WITH RESPECT TO DEFENDANT'S |
| | ) | MOTION TO WITHDRAW GUILTY |
| ZASHA BOTELHO, | ) | PLEA |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER FINDING WAIVER OF ATTORNEY-CLIENT PRIVILEGE WITH RESPECT TO DEFENDANT'S MOTION TO WITHDRAW GUILTY PLEA

Defendant Zasha Botelho filed a Motion to Withdraw Guilty Plea on April 12, 2006. Defendant was represented throughout the criminal proceeding by Suzanne Terada. Defendant claims that Ms. Terada: (1) misled, coerced and induced her to plead guilty based upon erroneous information concerning her sentencing guidelines; (2) failed to explain to her or mention that she was facing a mandatory minimum twenty-year term of imprisonment; (3) that had she known about the extent of incarceration, she would never have entered a plea in the case.

The United States has moved this Court to issue an Order which finds that as a matter of law, Defendant has waived her attorney-client privilege. The Court agrees. By filing the motion claiming her attorney coerced and induced her by misrepresentation, Defendant has waived her attorney-client privilege with Ms. Terada as to all matters raised in her motion to withdraw guilty plea.

Good cause appearing therefor, it is hereby ORDERED that Zasha Botelho has waived the attorney-client privilege as to communications with Attorney Suzanne Terada.

DATED:  Honolulu, Hawaii, April 21, 2006.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

UNITED STATES vs. ZASHA BOTELHO
Cr. No. 05-00071 JMS
"Order Finding Waiver of Attorney-client Privilege with Respect to Defendant's Motion to Withdraw Guilty"