# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/15/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:        CRIMINAL 05-00071JMS-01

CASE NAME:          United States of America vs. Zasha Botelho

ATTYS FOR PLA:      Beverly Wee Sameshima

ATTYS FOR DEFT:     Alvin Nishimura

INTERPRETER:

JUDGE:    J. Michael Seabright           REPORTER:    Sharon Ross

DATE:     5/15/2006                      TIME:        1:47 - 2:37

COURT ACTION:  Motion to Withdraw Guilty Plea:

Defendant present in custody with counsel Alvin Nishimura.

CST:  Zasha Botelho
      Suzanne Terada

Exhibits Admitted: Defendants #1 (Letter dated 9/14/2005 from Suzanne Terada to Zasha Botelho).

Governments - #1 (Declaration of Counsel - Suzanne T. Terada)

Further hearing continued to June 2, 2006 at 1:30 p.m.

Submitted by:  Dottie Miwa, Courtroom Manager