SUZANNE T. TERADA #2797
Charles R. Kendall Building
888 Mililani Street, Suite 300
Honolulu, Hawaii 96813
Telephone No. (808)533-0011

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 16 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 05-00071 JMS |
| Plaintiff, ) | **AMENDED CERTIFICATE OF SERVICE [Re: Declaration of Counsel]** |
| vs. ) | |
| ZASHA BOTELHO, ) | |
| Defendant. ) | |

### AMENDED CERTIFICATE OF SERVICE
### [Re: Declaration of Counsel]

The undersigned hereby certifies that a file marked copy of the Declaration of Counsel filed herein on May 5, 2006 was duly served upon the parties identified below by way of U.S. Mail, postage prepaid, on May 10, 2006.

BEVERLY SAMESHIMA
Assistant U.S. Attorney
300 Ala Moana Blvd., Rm. 6-100
Honolulu, Hawaii 968450

Attorney for Plaintiff
UNITED STATES OF AMERICA

ALVIN KAOHU NISHIMURA
P.O. Box 4510
Kaneohe, Hawaii 96744-8510

Attorney for Defendant
ZASHA BOTELHO

DATED: Honolulu, Hawaii, May 16, 2006.

Suzanne T. Terada