# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

6/1/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CRIMINAL 05-00071JMS-01

CASE NAME:         United States of America vs. Zasha Botelho

ATTYS FOR PLA:     Beverly Wee Sameshima

ATTYS FOR DEFT:    Alvin Nishimura

INTERPRETER:

| JUDGE: | J. Michael Seabright | REPORTER: | Sharon Ross |
|---|---|---|---|
| DATE: | 6/1/2006 | TIME: | 1:40 - 3:00 |

COURT ACTION:  Further Hearing on Motion to Withdraw Guilty Plea:

Defendant present in custody with counsel Alvin Nishimura.

Further direct examination of Suzanne Terada by Ms. Sameshima. cross-examination by Mr. Nishimura.

Defendant Zasha Botelho recalled.

Closing arguments heard.

Motion to Withdraw Guilty Plea - DENIED.

Ms. Sameshima to prepare Order by June 15, 2006.

Sentencing set for August 3, 2006 at 9:00 a.m.

Parties to file sentencing statement by June 22, 2006.

Submitted by:  Dottie Miwa, Courtroom Manager