ORIGINAL

ALVIN KAOHU NISHIMURA #3971
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE:522-6529
FAX:        522-6530

ATTORNEY FOR DEFENDANT
ZASHA BOTELHO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP - 1 2006

at 9 o'clock and 52 min. AM
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION; MOTION TO |
| | ) | WITHDRAW AS COUNSEL AND FOR |
| VS. | ) | APPOINTMENT OF SUBSTITUTE |
| | ) | COUNSEL; DECLARATION OF |
| | ) | COUNSEL; CERTIFICATE OF SERVICE |
| | ) | |
| ZASHA BOTELHO, | ) | DATE: 9/7/06 |
| | ) | TIME: 10:00 a.m. |
| Defendant. | ) | JUDGE: Barry M Kurren |
| | ) | |

NOTICE OF MOTION

TO:    ED KUBO
       United States Attorney

       Beverly Wee Sameshima
       Assistant United States Attorney
       PJKK Federal Building
       300 Ala Moana Boulevard, Room 6100
       Honolulu, Hawaii 96813

       PLEASE TAKE NOTICE that the following motion will be heard before the

Honorable Barry M. Kurren, in his courtroom in the United States Courthouse, 300 Ala Moana

Boulevard, Honolulu, Hawaii, on September 7, 2006 at 10:00 a.m., or as soon as counsel may be

heard.

ALVIN KAOHU NISHIMURA #3971
P.O. Box 4510
Kaneohe, HI 96744-8510
TELEPHONE:522-6529
FAX:        522-6530

ATTORNEY FOR DEFENDANT
ZASHA BOTELHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | MOTION TO WITHDRAW AS COUNSEL |
| | ) | AND FOR APPOINTMENT OF |
| VS. | ) | SUBSTITUTE COUNSEL |
| | ) | |
| | ) | |
| | ) | |
| ZASHA BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### MOTION TO WITHDRAW AS COUNSEL
### AND FOR APPOINTMENT OF SUBSTITUTE COUNSEL

COMES NOW, ALVIN KAOHU NISHIMURA, and hereby moves this Court for an

order allowing him to withdraw as counsel for Defendant ZASHA BOTELHO, above-named.

This Motion is made pursuant to Rules 12.3 and 57.9 of the Federal Rules of Criminal Procedure

as well as 18 U.S.C. Sec. 3006A and Rule 1.16(b)(3) of the Hawaii Rules of

Professional Conduct and is supported by the attached Declaration of Counsel and all evidence adduced at a hearing on this motion.

DATED:      Honolulu, Hawaii August 31, 2006

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant
ZASHA BOTELHO