IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00071 JMS |
| | ) | |
| Plaintiff, | ) | DECLARATION OF COUNSEL |
| | ) | |
| VS. | ) | |
| | ) | |
| ZASHA BOTELHO, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF COUNSEL

I, ALVIN KAOHU NISHIMURA, hereby declare as follows:

1. I am counsel for Defendant, ZASHA BOTELHO, having been privately retained.

2. Defendant previously had been appointed a CJA panel attorney, Suzanne Terada. However Defendant believed she was given misinformation by Attorney Terada which induced her to enter a plea to a mandatory 20 year term.

3. I came on board as her attorney to litigate the above-referenced issue. However the motion was denied by The Honorable Judge J. Michael Seabright, and the defendant was sentenced to a mandatory 20 year term.

4. Defendant is in custody, has no resources, and is unable to afford a private attorney for her appeal of the issue relating to ineffective assistance of counsel, and needs to be appointed a CJA panel attorney that does appellate work.

5. Request is made to allow counsel to withdraw as Defendant's attorney, and to have this court appoint an appellate attorney from the CJA panel.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Honolulu, Hawaii, August 31, 2006.

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant
ZASHA BOTELHO

CERTIFICATE OF SERVICE

I, ALVIN KAOHU NISHIMURA, hereby certify that a true and exact copy of the foregoing document was duly mailed and/or hand-delivered to the following on September 1, 2006:

Beverly Wee Sameshima
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Boulevard, Room 6100
Honolulu, Hawaii 96813

Attorney for Plaintiff
UNITED STATES OF AMERICA

DATED: Honolulu, Hawaii August 31, 2006

_____
ALVIN KAOHU NISHIMURA
Attorney for Defendant
ZASHA BOTELHO