# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

9/7/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER: CR 05-00071JMS

CASE NAME: USA v. Zasha Botelho

ATTYS FOR PLA: Beverly W. Sameshima

ATTYS FOR DEFT: Alvin P.K.K. Nishimura

INTERPRETER:

JUDGE: Barry M. Kurren          REPORTER: C6F

DATE: 9/7/2006                  TIME: 10:10 - 10:12

COURT ACTION:  EP: [48] Motion to Withdraw as Counsel - deft present in custody. Motion GRANTED and terminated. Court to appoint counsel. Nishimura to prepare order.

Deft remanded to custody of U.S. Marshal.

EO: Deanna Dotson appointed as counsel.

Submitted by Richlyn Young, courtroom manager