DeAnna S. Dotson #7649
P. O. Box 700953
Kapolei, HI 96709-0953
(808) 391-7308
dkeith02@earthlink.net

Attorney for Defendant
ZASHA BOTELHO

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 0 8 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | CR. NO. 05-00071JMS |
| Plaintiff, vs. | ) ) ) ) | NOTICE OF APPEAL; CERTIFICATE OF SERVICE |
| ZASHA BOTELHO, | ) ) | |
| Defendant. | ) ) | |

**NOTICE OF APPEAL**

Notice is hereby given that the defendant, ZASHA BOTELHO, appeals to the United States Court of Appeals for the Ninth Circuit from her conviction, sentence, and judgment entered on August 31, 2006.

Dated:       September 7, 2006, at Kapolei, Hawaii

DeAnna S. Dotson
Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document will be duly served upon the following person by delivery of said document on or about the date of filing:

Beverly Sameshima
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850

Dated:    September 8, 2006, at Kapolei, Hawaii

*/s/ DeAnna S. Dotson*
DeAnna S. Dotson