# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

September 12, 2006

Beverly W. Sameshima, AUSA
Office of the U.S. Attorney
300 Ala Moana Blvd., Rm. 6100
Honolulu, HI  96850

IN RE:      U.S.A v. ZASHA BOTELHO
CR NO.     CR 05-00071JMS-01

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 09/08/06.

All counsel (or Pro Se) should read and follow the enclosed instructions.  Thank You.

Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy

cc:   Clerk, 9th CCA w/copy of NA,
             docket sheet, dfnf
      DeAnna S. Dotson, Esq.
             with copy of instructions for criminal appeals
             Transcript Desig. & Ordering Form
             with instructions and a copy of the
             docket sheet