FILED
SEP 20 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | | |
|---|---|---|
| TO: | Clerk, U.S. Court of Appeals | Date: September 12, 2006 |
| FROM: | Clerk, U.S. District Court, Hawaii | |
| SUBJECT: | New Appeals Docketing Information, Criminal Case | |

## CASE INFORMATION

06-10563

COMPLETE TITLE:    U.S.A. vs ZASHA BOTELHO

U.S.D.C CASE NO.    CR 05-00071JMS-01

U.S.D.C. JUDGE:    J. Michael Seabright

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:    02/17/05

APPEALED ORDER FILED:    09/07/06

NOTICE OF APPEAL FILED:    09/08/06

RECEIVED
CLERK, U.S. DISTRICT COURT
SEP 25 2006
2:30pm
DISTRICT OF HAWAII

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| DeAnna S. Dotson, Esq. | Beverly W. Sameshima, AUSA |
| P.O. Box 700953 | Office of the U.S. Attorney |
| Kapolei, HI 96709-0953 | 300 Ala Moana Blvd., Rm. 6100 |
| | Honolulu, HI 96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: CJA appointed -09/07/06

(e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

| | | | |
|---|---|---|---|
| ADDRESS: | | CUSTODY: | ✓ |
| | | BAIL: | __ |
| F/P GRANTED: | __ | | |
| | | COUNSEL WAIVED: | __ |
| NO OF DAYS OF TRIAL: | __ | | |
| | | COURT REPORTER(S): | Sharon Ross, ESR, (see docket sheet) |

------------------------------------------------

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
P.O. Box 50129
Honolulu, HI 96850

------------------------------------------------

jd
06-10563