*Sharon Ross*

**received** 9-15-06

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

CR05-00071 JMS

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. CR05-00071JMS

Short Case Title: USA v BOTELHO

Date Notice of Appeal Filed by Clerk of District Court: 09/08/06

**FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII**
**OCT 1 2 2006**
at 9 o'clock and 05 min A M
SUE BEITIA, CLERK

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| SEE ATTACHED | | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered: 09/14/06    Estimated date for completion of transcript: _____

Print Name of Attorney: DeAnna S. Dotson    Phone Number: 391-7308

Signature of Attorney: _____

Address: P.O. Box 700953, Kapolei, HI 96709-0953

**SECTION B** - To be completed by court reporter

I, *Sharon Ross* (signature of court reporter) have received this designation.
(X) Arrangements for payment were made on 9-22-06
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

175 Approximate Number of Pages in Transcript--Due Date 10-22-06

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed: 10/2/06    Court Reporter's Signature: *Sharon Ross*

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

Sue Beitia    10-11-06    BY _____
(U.S. District Court Clerk)    (date)    DEPUTY CLERK

Re:   U.S. District Court Case No.:    CR05-00071JMS
      Short Case Title:                USA v. BOTELHO

Section A – Other Proceedings:

| Hearing Date | Court Reporter | Proceedings |
|---|---|---|
| 02/22/05 | ESR –tape FTR-C7 | Arraignment and Plea |
| 10/12/05  Filed 10/2/06 | Sharon Ross | Judge discloses prior US Att |
| 10/24/05  4/19/06 | Sharon Ross | Motion withdraw Not Guilty Plea |
| 05/15/06  5/19/06 | Sharon Ross | Motion withdraw guilty plea |
| 06/01/06  6/7/06 | Sharon Ross | Further hearing on motion |
| 08/31/06  10/2/06 | Sharon Ross | Sentencing |