# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 15, 2007

To: United States Court of Appeals    Attn: ( )    Civil
    For the Ninth Circuit
    Office of the Clerk              (✓)    Criminal
    95 Seventh Street
    San Francisco, California 94103   ( )    Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:        CR 05-00071JMS           Appeal No:    06-10563

Short Title:  USA vs. Botelho

Clerk's Files in      1         volumes  (✓) original  ( ) certified copy

Bulky docs                      volumes (folders)  docket #

Reporter's                      volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits                        volumes  ( ) under seal

                                boxes    ( ) under seal

Other:
-certified copy of docket sheet
-sealed document nos: #29, #46

Acknowledgment: _____    Date: _____