UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 26 2007

at 1 o'clock and 35 min. P M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA, | No. 06-10563 |
| --- | --- |
| Plaintiff - Appellee, | D.C. No. CR-05-00071-JMS |
| V. | |
| ZASHA BOTELHO, | **JUDGMENT** |
| Defendant - Appellant. | |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED in conviction; Appeal of sentence DISMISSED.**

Filed and entered 10/01/07

A TRUE COPY  10-23-07
ATTEST

CATHY A. CATTERSON
Clerk of Court

by:
Deputy Clerk