**FILED**

**NOT FOR PUBLICATION**

OCT 01 2007

UNITED STATES COURT OF APPEALS

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 26 2007

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-10563 |
| Plaintiff - Appellee, | D.C. No. CR-05-00071-JMS |
| v. | |
| ZASHA BOTELHO, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted September 24, 2007**

Before:    CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

Zasha Botelho appeals from the district court's judgment and 240-month sentence imposed following her guilty-plea conviction for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846.

---

\*    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

\*\*    This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

INTERNAL USE ONLY: Proceedings include all events.
06-10563 USA v. Botelho

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Beverly Wee Sameshima, AUSA<br>FAX 808/541-2958<br>808/440-9231<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| ZASHA BOTELHO<br>    Defendant - Appellant | DeAnna S. Dotson, Esq.<br>FAX 808/672-5058<br>808/391-7308<br>[COR LD NTC cja]<br>P.O. Box 700953<br>Kapolei, HI 96709-0953 |