**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
OCT 01 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 26 2007
at 1 o'clock and 35 min. PM
SUE BEITIA, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. ZASHA BOTELHO, Defendant - Appellant. | No. 06-10563<br>D.C. No. CR-05-00071-JMS<br>MEMORANDUM* |

Appeal from the United States District Court
for the District of Hawaii
J. Michael Seabright, District Judge, Presiding

Submitted September 24, 2007**

Before:   CANBY, TASHIMA, and RAWLINSON, Circuit Judges.

Zasha Botelho appeals from the district court's judgment and 240-month sentence imposed following her guilty-plea conviction for conspiracy to distribute and possess with intent to distribute 500 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A), and 846.

---

   *   This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   **   This panel unanimously finds this case suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).



Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Botelho's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has not filed a pro se supplemental brief, but appellee has filed an answering brief.

We have reviewed the briefs, and conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83 (1988). We affirm the conviction, and dismiss the appeal of the sentence in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000).

Counsel's motion to withdraw is **GRANTED**.

Conviction **AFFIRMED**; Appeal of sentence **DISMISSED**.

A TRUE COPY  10-23-07
ATTEST

CATHY A. CATTERSON
Clerk of Court
by:
Deputy Clerk

```
INTERNAL USE ONLY: Proceedings include all events.
06-10563 USA v. Botelho

UNITED STATES OF AMERICA            Beverly Wee Sameshima, AUSA
     Plaintiff - Appellee           FAX 808/541-2958
                                    808/440-9231
                                    Suite 6-100
                                    [COR LD NTC aus]
                                    USH - OFFICE OF THE U.S.
                                    ATTORNEY
                                    PJKK Federal Building
                                    300 Ala Moana Blvd.
                                    P.O. Box 50183
                                    Honolulu, HI 96850


     v.

ZASHA BOTELHO                       DeAnna S. Dotson, Esq.
     Defendant - Appellant          FAX 808/672-5058
                                    808/391-7308
                                    [COR LD NTC cja]
                                    P.O. Box 700953
                                    Kapolei, HI 96709-0953
```