February 12, 2008

# DISTRICT COURT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 355-7820

**District Court/Agency:** USDC Hawaii (Honolulu)
**Lower Court Number:** CR-05-00071-JMS
**Appeal Number:** 06-10563
**Short Title:** USA v Botelho

RECEIVED
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII

### Volumes

| | | | |
|---|---|---|---|
| **Clerk's Records in:** | 1 | 0 | Certified Copy(ies) |
| **Reporters Transcripts in:** | 0 | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Bulky Documents in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |
| **State Lodged Docs in:** | 0 | Envelopes | 0 | Expandos | 0 | Folders | 0 | Boxes |
| | 0 | Other | | | | | | |

**Other:**

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.

# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date: February 15, 2007

| | | | | |
|---|---|---|---|---|
| To: | United States Court of Appeals<br>For the Ninth Circuit<br>Office of the Clerk<br>95 Seventh Street<br>San Francisco, California 94103 | Attn: | ( )<br>(✓)<br>( ) | Civil<br>Criminal<br>Judge |

**RECEIVED**
CLERK U.S. DISTRICT COURT
FEB 19 2008
DISTRICT OF HAWAII

From:  United States District Court
300 Ala Moana Blvd. Room C-338
Honolulu, Hawaii 96813

DC No:          CR 05-00071JMS          Appeal No:   06-10563

Short Title:    USA vs. Botelho

Clerk's Files in        1        volumes  (✓) original  ( ) certified copy

Bulky docs                       volumes (folders)   docket #

Reporter's                       volumes  ( ) original  ( ) certified copy
Transcripts

Exhibits                         volumes  ( ) under seal

                                 boxes    ( ) under seal

**FILED**
FEB 20 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

Other:
-certified copy of docket sheet
-sealed document nos: #29, #46

Acknowledgment: _____S. DNIS_____     Date: _____

cc: all parties of record